UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
CHERYL WALLACE,

                            Plaintiff,

    - against -
                                       VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)

STATE OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, POLICE COMISSIONER RAYMOND KELLY, DEPUTY COMISSIONER WILBER CHAPMAN, INSPECTOR KATHLEEN O'REILY, INSPECTOR DONNA JONES, LIEUTENANT ROGER LURCH, all being sued In their individual and professional Capacities,

                            Defendants.        20 cv 5429(WFK)(LB)
---------------------------------------------------------------- X

      PLEASE TAKE NOTICE that pursuant to Rule 41(a)(2) Plaintiff's Federal claims are hereby dismissed as against all Defendants, as Plaintiff requests that the above-referenced matter be remanded to the New York State Court of Claims for litigation of Plaintiff's pending New York State claims.

Dated: Larchmont, New York
       April 12, 2022

                                        Yours etc,

                                        LINDA M. CRONIN, Esq.
                                        Cronin & Byczek, LLP
                                        Attorneys for Plaintiff
                                        178 Myrtle Blvd., Suite 105
                                        Larchmont, New York 10538
                                        (516) 358-1700

SO ORDERED:

                                    s/ WFK
                                  Honorable